```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    19cr0622 (DLC)
                                          :
             -v-                          :    ORDER
                                          :
CARLOS ESPINAL,                           :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```
DENISE COTE, District Judge:

On March 18, 2020, the defendant requested an adjournment of his May 11, 2020 sentencing due to scheduling difficulties caused by the COVID-19 outbreak. Accordingly, it is hereby

ORDERED that the defendant's request is granted. The May 11 sentencing is adjourned to **June 19, 2020** at **11:00 a.m.**

Dated:   New York, New York
         March 22, 2020

                                      _____
                                          DENISE COTE
                                      United States District Judge