UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :          19cr622 (DLC)
                                      :
            -v-                       :             ORDER
                                      :
CARLOS ESPINAL,                       :
                                      :
                 Defendant.           :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On April 2, defense counsel wrote to advise this Court that emails from her client, who is incarcerated in the Metropolitan Detention Center ("MDC"), indicate that he has had a fever and body aches for several days.  Espinal is approximately 40 years of age and suffers from a serious disease for which he has been receiving treatment, including medication, for at least five years.

Espinal has entered a plea of guilty and is due to be sentenced on June 19, 2020.  On April 3, the Government indicated that it has been unable to obtain any information from the MDC regarding either Espinal's health condition or the MDC's response to defense counsel's requests in its April 2 letter. Accordingly, it is hereby

ORDERED that the Warden of the MDC shall immediately cause Espinal's health to be assessed and, should it be confirmed that he is suffering from symptoms consistent with COVID-19, provide

him with all of the treatment that should be provided to those
infected with COVID-19.

IT IS FURTHER ORDERED that Espinal shall immediately be
taken to a hospital should Espinal develop trouble breathing or
any other symptoms that indicate that he requires
hospitalization.

IT IS FURTHER ORDERED that the Warden or the Warden's
designee shall by 6:30 p.m. today, Friday, April 3, provide the
Government with an oral or written report on Espinal's health
condition and a description of the treatment with which he is
being provided.  Should the MDC determine that Espinal is
suffering from symptoms consistent with COVID-19, the Warden or
the Warden's designee shall also provide the Government with
daily oral or written reports by 6:30pm on both Saturday and
Sunday, April 4 and 5, on Espinal's condition.  The Government
shall promptly share this information with defense counsel.

IT IF FURTHER ORDERED that the Government shall file by
Monday, April 6, a written report on Espinal's health condition
and treatment.

IT IS FURTHER ORDERED that the Warden make Espinal
available for a telephone call with his attorney by no later
than 5:00 p.m. on Monday, April 6.

IT IS FURTHER ORDERED that the Government shall promptly

serve this Order on the Warden of the MDC.

     SO ORDERED:

Dated:    New York, New York
           April 3, 2020

                              DENISE COTE
               United States District Judge