UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      19cr0622 (DLC)
                                        :
            -v-                         :         ORDER
                                        :
CARLOS ESPINAL,                         :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   The Court having rescheduled the May 11 sentencing date to June 19 in light of the COVID-19 outbreak, it is hereby

   ORDERED that defendant's sentencing submission shall be due **June 5**; Government's submission shall be due **June 12**.

Dated:   New York, New York
         May 14, 2020

                              _____
                                    DENISE COTE
                              United States District Judge