```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
            -v-                      :    19cr622 (DLC)
                                     :
CARLOS ESPINAL,                      :    ORDER
                                     :
                      Defendant.     :
                                     :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2020

DENISE COTE, District Judge:

By letter of July 24, 2020, defense counsel informed the Court of the number of spectators expected to attend the in-person sentencing scheduled to occur on Thursday, **August 6, 2020** at **11:00 a.m.** Defense counsel also informed the Court that that she would like to participate telephonically in the sentencing. Accordingly, it is hereby

ORDERED that the August 6 sentencing shall be held in **Courtroom 23B, 500 Pearl Street.**

IT IS FURTHER ORDERED that defense counsel may access the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**. Defense counsel must inform this Court's Chambers, via email, of the telephone number

that she will use to dial in to the sentencing so that she will not be muted for the hearing.

Dated:    New York, New York
          July 30, 2020

                                              DENISE COTE
                            United States District Judge