```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :       20cr388 (DLC)
                                         :
            -v-                          :       ORDER
                                         :
MARIO REYNOSO-HICIANO, JOEL CABRERA      :
a/k/a "Gordo," a/k/a "Oso," VLADIMIR     :
REYES, YUDITH REYNOSO-HICIANO a/k/a "La  :
Classica," and PEDRO REYNOSO,            :
                                         :
            Defendants.                  :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 5, 2020, defendants Mario Reynoso-Hiciano, Pedro Reynoso, and Vladimir Reyes were presented and arraigned before the Magistrate Judge. The Government has informed the Court that defendant Joel Cabrera is already in federal custody on another matter and must be presented and arraigned on the present indictment. The fifth defendant, Yudith Reynoso-Hiciano, remains at large. Accordingly, it is hereby

ORDERED that a telephonic initial conference in this case is scheduled for Friday, **August 28, 2020**, at **10:00 a.m.** The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:       888-363-4749
Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that time from today until August 28, 2020, is excluded in the interest of justice for the reasons set forth in the Government's August 5, 2020 letter, pursuant to 18 U.S.C. § 3161(h)(7)(A).  This exclusion outweighs the best interest of the defendants and the public in a speedy trial.

Dated:    New York, New York
          August 6, 2020

```
                    _____
                            DENISE COTE
                    United States District Judge
```